■ HOME ALUMINUM PRODUCTS COMPANY, INC., Respondent, v. ENRICO CIACCI, Appellant.— On the call of the calendar, appeal dismissed; there being no appearance for appellant and appellant having failed to comply with an order of this court, dated March 6, 1961, requiring him to perfect his appeal

for the May 1961 Term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.